# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**ERNEST PHILLIPS**                                                          **PETITIONER**

**v.**                                                    **CIVIL ACTION NO. 1:25-cv-246-TBM-RPM**

**SHERIFF MATT HALEY**                                                      **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date,

**IT IS ORDERED** that this cause is dismissed without prejudice. This the 30th day of April, 2026.

_____
TAYLOR B. MCNEEL
UNITED STATES DISTRICT JUDGE